IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REO BLAKELY**                                                     **PLAINTIFF**

v.                           Case No. 4:21-cv-00845-KGB

**DANIEL S. MEAD,** *et al.*                                     **DEFENDANTS**

### ORDER

Before the Court is the status of this case. On December 21, 2022, the Court entered a show cause Order directing plaintiff Reo Blakely to submit a written filing with this Court on or before January 20, 2023, indicating whether or not he intends to pursue this lawsuit (Dkt. No. 7). The Court notified Mr. Blakely that failure to submit this written filing by January 20, 2023, may result in dismissal of this case without prejudice for failure to prosecute (*Id.*). A copy of the Court's December 21, 2022, Order was mailed to Mr. Blakely at his address of record.

As of the date of this Order, Mr. Blakely has not complied with the Court's December 21, 2022, Order, and the time to do so has passed. *See* Local Rule 5.5 of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). Accordingly, the Court dismisses without prejudice Mr. Blakely's claims for failure to prosecute. The Court denies as moot Mr. Blakely's motion for leave to proceed *in forma pauperis* (Dkt. No. 1).

So ordered this 24th day of January, 2023.

                                                          */s/ Kristine G. Baker*
                                                          Kristine G. Baker
                                                          United States District Judge