IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REO BLAKELY**                                                                                       **PLAINTIFF**

**v.**                                   **Case No. 4:21-cv-00845-KGB**

**DANIEL S. MEAD**, *et al.*                                                    **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Reo Blakely's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 24th day of January, 2023.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge